UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THREE-D SAC SELF-STORAGE GP CORPORATION, a Nevada Corporation;<br>THREE-D SAC SELF-STORAGE LIMITED PARTNERSHIP, a Nevada Limited Partnership;<br>U-HAUL CO. OF CALIFORNIA, a California Corporation; and Does 1-10,<br><br>　　　　Defendants | Case: 2:14-CV-02530-GEB-DAD<br><br>**ORDER** |

**ORDER**

The parties' filed a stipulation on April 21, 2015, in which they agree to dismiss this action with prejudice. Therefore, this action shall be closed.

Dated: April 21, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge